*Manhattan Company* v. *Brower.*

HOFFMAN objected, on a motion for judgment as in case of nonsuit, for not proceeding to trial at the *New-York* sittings, according to notice, that the affidavit did not state the cause to have been on the day docket. This he contended ought always to be shown, because, unless so placed, it could not come on, and the plaintiff, therefore, could not be in default.

*Per Curiam.* Its not being on the day docket, is matter of excuse, to come from the plaintiff, and appear by affidavit.